**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

---

Daryl Gobeli and
Norma Jean Gobeli,

Plaintiffs,

vs.

Northwest Airlines, Inc.,
Globe Aviation Services, Inc.,
and Robert Jacobson,

Defendants.

File No.: 00-CV-354 MJD/JGL

**STIPULATION AND ORDER TO AMEND PLEADINGS**

---

The Plaintiffs and the Defendants, through their undersigned counsel, hereby stipulate to the following amendments to the pleadings:

1. Defendant Northwest Airlines, Inc. shall be dismissed without prejudice.
2. Globe Airport Security Services, Inc. shall be substituted as the proper party Defendant in place of Globe Aviation Services, Inc.
3. Globe Airport Security Services, Inc. will not raise any challenges to the sufficiency of service of process, and will adopt and incorporate the Answer previously served on behalf of Globe Aviation Services, Inc.
4. The Court may enter an Order enforcing this Stipulation.

**PRITZKER & ASSOCIATES, P.A.**

Dated: 6/7/00

By: [signature]
Jason Schmickle, #270507
Attorney for Plaintiffs
Norwest Center, Suite 4700
90 South Seventh Street
Minneapolis, MN 55402
(612) 338-0202

FILED JUN 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**JOHNSON & LINDBERG, P.A.**

Dated: 2 June 2000

By: Michael C. Lindberg

Michael C. Lindberg, #63307
Attorney for Defendants
Suite 1610, 8500 Tower
8500 Normandale Lake Boulevard
Minneapolis, MN 55437-3828
(612) 897-5757

ORDER

So Ordered.

**BY THE COURT:**

Dated: June 7, 2000

The Honorable Jonathan Lebedoff
United States Magistrate Judge