**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

---

Daryl Gobeli and
Norma Jean Gobeli,

Plaintiffs,

vs.

Northwest Airlines, Inc.,
Globe Aviation Services, Inc.,
and Robert Jacobson,

Defendants.

File No.: 00-CV-354 MJD/JGL

**STIPULATION AND ORDER FOR DISMISSAL**

---

The above entitled matter having been compromised and settled, it is hereby stipulated and agreed that the action may be dismissed by the Court on the merits and with prejudice, but without costs to any party.

**PRITZKER & ASSOCIATES, P.A.**

Dated: 8/15/01

By: [signature]
Richard A. Ruohonen, #270350
Attorney for Plaintiffs
Multifoods Tower, Suite 4520
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0202

**JOHNSON & LINDBERG, P.A.**

Dated: 23 July 2001

By: Michael C. Lindberg
Michael C. Lindberg, #63307
Attorney for Defendants
7900 International Drive
Suite 960
Minneapolis, MN 55425-1582
(952) 851-0700

FILED AUG 29 20
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the above stipulation, the captioned matter is dismissed on the merits and with prejudice, but without costs to any party.

**BY THE COURT:**

Dated: August 29, 2001

Michael J. Davis

U.S. [illegible]